UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEDICAL SERVICE, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:15-cv-01661-MJS (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS** |

　　　　Plaintiff initiated this action on November 2, 2015 while detained at the Lerdo Pre-Trial Facility. (ECF No. 1.) On November 5, 2015, the Court ordered Plaintiff to submit an application to proceed in forma pauperis by a prisoner or to pay the $400 filing fee within 45 days. (ECF No. 3.) On November 16, 2015, Plaintiff submitted a Notice of Change of Address to a non-custodial address and a letter indicating his indigency and requesting to proceed without prepayment of fees. (ECF Nos. 5-6.) Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner**;

2. Within forty five (45) days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $400.00 filing fee for this action; and

3. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   December 21, 2015                    /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE