UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDICAL SERVICE, et al.,<br><br>　　　　Defendants. | CASE NO. 1:15-cv-01661-MJS (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 7)**<br><br>**FOURTEEN (14) DAY DEADLINE** |

　　　Plaintiff initiated this action on November 2, 2015 while detained at the Lerdo Pre-Trial Facility. (ECF No. 1.) On November 5, 2015, the Court ordered Plaintiff to submit an application to proceed in forma pauperis by a prisoner or to pay the $400 filing fee within 45 days. (ECF No. 3.) On November 16, 2015, Plaintiff submitted a Notice of Change of Address to a non-custodial address and a letter indicating his indigency and requesting to proceed without prepayment of fees. (ECF Nos. 5-6.) On December 22, 2015, the Court ordered Plaintiff to submit an application to proceed in forma pauperis for a non-prisoner or to pay the $400 filing fee within forty-five days. The forty-five day deadline passed without Plaintiff either filing an application to proceed in forma pauperis, paying

the applicable filing fee, or seeking an extension of time to do so.

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. See In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, it is HEREBY ORDERED THAT:

1. Within fourteen (14) days of service of this Order, Plaintiff shall either file an application to proceed in forma pauperis for a non-prisoner, pay the $400 filing fee in full, or show cause as to why this action should not be dismissed without prejudice; and

2. If Plaintiff fails to show cause, file an application to proceed in forma pauperis, or pay the $400 filing fee in full, the undersigned will dismiss the action without prejudice for failure to pay the filing fee or file a completed application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   February 12, 2016          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE