UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDICAL SERVICE,<br><br>    Defendant. | CASE NO. 1:15-cv-01661- MJS (PC)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF Nos. 7, 8)** |

Plaintiff initiated this action on November 2, 2015 while detained at the Lerdo Pre-Trial Facility. (ECF No. 1.) He has consented to Magistrate Judge jurisdiction. No other parties have appeared in the action.

On November 5, 2015, the Court ordered Plaintiff to submit an application to proceed in forma pauperis by a prisoner or to pay the $400 filing fee within 45 days. (ECF No. 3.) On November 16, 2015, Plaintiff submitted a Notice of Change of Address to a non-custodial address and a letter indicating his indigency and requesting to proceed without prepayment of fees. (ECF Nos. 5-6.) On December 22, 2015, the Court ordered Plaintiff to submit an application to proceed in forma pauperis for a non-prisoner, or to pay the applicable filing fee in full within forty-five days. (ECF No. 7.) Plaintiff was warned that non-compliance with the Court's order would result in dismissal.

The forty-five day deadline passed without Plaintiff either filing an application to

proceed in forma pauperis or paying the filing the fee. The Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 8.) Plaintiff did not respond and the time for doing so has passed.

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. See In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, this action is HEREBY DISMISSED, without prejudice, for failure to pay the filing fee or file a completed application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   March 7, 2016                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE